IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| EDWARD ALLEN ADAMS, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3008 |
| | ) | |
| v. | ) | |
| | ) | |
| SOCIAL SECURITY ADMINISTRATION, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

Before the court is defendant's Motion to Substitute Exhibit (Filing No. 13). The defendant's motion will be granted in part as set forth herein.

IT IS ORDERED:

1. That the Clerk's Office is ordered to strike Filing No. 12.

2. That the defendant is ordered to refile its Index in Support of Motion to Dismiss with the corrected Declaration of Earnest Baskerville substituted.

DATED this 28th day of July, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge