IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EDWARD ALLEN ADAMS, ) | |
| ) | 4:05CV03008 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| JO ANNE B. BARNHART, ) | |
| Commissioner, Social Security ) | |
| Administration, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on its own motion. The record shows that plaintiff, who is proceeding *pro se*, has filed nothing in opposition to defendant's motion to dismiss, Filing No. 10. The record shows that a recent pleading was returned to the Clerk of Court as undeliverable, by reason of no forwarding address. Filing No 16. In the order granting leave to proceed in forma pauperis, plaintiff was advised to "keep the court informed of the plaintiff's current address at all times while this case is pending." Filing No. 4. Although the court was not advised of a change of address, the court record shows that plaintiff requested return of summonses to a different address. In the interest of justice, the court will order service at that address in order to allow plaintiff to show cause why this action should not be dismissed for lack of prosecution. Accordingly,

IT IS ORDERED:

1. Plaintiff shall show cause why this action should not be dismissed for lack of prosecution on or before December 1, 2005.

2. The Clerk of Court is directed to mail a copy of this show cause order to plaintiff Edward Allen Adams at the following addresses:

Edward Allen Adams
c/o Michaele L. Seberger
1712 N. 32nd St.
Lincoln, NE 68503


Edward Allen Adams
107 Blue Flame Road
Lincoln, NE 68521

DATED this 8th day of November, 2005.

                              BY THE COURT:


                              s/ Joseph F. Bataillon
                              JOSEPH F. BATAILLON
                              United States District Judge